**Juana Bautista MENDOZA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 10–2944.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 29, 2011.

Filed: May 4, 2011.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Juana Bautista Mendoza petitions for review of an order of the Board of Immigration Appeals (BIA) denying relief under the Convention Against Torture (CAT), and affirming an immigration judge's denial of cancellation of re-

moval, asylum, and withholding of removal. We conclude substantial evidence supports the BIA's determination that Mendoza did not meet her burden of proof for CAT relief. *See Cherichel v. Holder,* 591 F.3d 1002, 1005–07 (8th Cir.), *cert. denied,* —— U.S. ——, 131 S.Ct. 74, 178 L.Ed.2d 25 (2010); *Marroquin–Ochoma v. Holder,* 574 F.3d 574, 579–80 (8th Cir.2009). We also conclude Mendoza has waived review of the denial of asylum, withholding of removal, and cancellation of removal, because she has not presented any argument on these issues in her appellate brief. *See Averianova v. Mukasey,* 509 F.3d 890, 892 n. 1 (8th Cir.2007); *Chay–Velasquez v. Ashcroft,* 367 F.3d 751, 756 (8th Cir.2004).

Accordingly, we deny the petition for review.